AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

HARRY GINGOLD, et al.,

        Plaintiff,

v.

ITRONICS, INC., *et al.*,

        Defendants.

JUDGMENT

Case Number: 3:19-cv-00532-MMD-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' motion for partial summary judgment (ECF No. 49) is granted. Each Plaintiff is entitled to damages on its breach of contract claim as follows: Harry Gingold: $13,693.52 Monique Gingold: $13,693.52 Nahal Kedumim LLC: $54,774.51.
    **IT IS FURTHER ORDERED** that Plaintiffs' remaining claims are dismissed with prejudice.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: 2/17/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*