**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMIM, LLC, their successors and their assignees, inclusive,

Plaintiffs,

vs.

ITRONICS INC., its successors and its assignees; and JOHN W. WHITNEY, individually,

Defendants.

**Case No: 3:19-cv-00532-MMD-CLB**

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

Pursuant to this Court's Minute Order in Chambers filed on March 11, 2022 [*ECF 62*], this Court grants Plaintiffs' Motion for Attorney's Fees in the sum of $16,970.00.

DATED THIS 17th day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE