GUNDERSON LAW FIRM
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
asweet@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorney for Harry Gingold, Monique Gingold, and Nahal Kedumm*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMM, LLC, their successors and their assignees, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>ITRONICS, INC., its successors and its assignees; and JOHN W. WHITNEY, individually,<br><br>Defendants.<br>_____/ | 3:19-cv-00532-MMD-CLB |

## JUDGMENT CREDITORS' MOTION FOR CHARGING ORDERS

Judgment Creditors HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMM, LLC (referred to collectively as "Judgment Creditors"), by and through their counsel of record Austin K. Sweet, Esq., move this Court for a Charging Order in favor of Judgment Creditors and against the chargeable membership interests of Judgment Debtor ITRONICS, INC., a Nevada corporation ("Itronics") in (1) Whitney & Whitney, Inc., (2) Itronics Metallurgical, Inc., (3) Nevada Hydrometallurgical Project, and (4) American Gold & Silver Limited.

This Motion is made and based upon NRS 78.746, NRS 86.401, NRS 87.4342, NRS 88.535, and the following Memorandum of Points and Authorities.

///

-1-

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

On February 17, 2022, a *Judgment* was entered, on March 17, 2022, an *Order Granting Motion for Attorney's Fees,* and on March 28, 2022, a *Bill of Costs* was entered by this Court in favor of Judgment Creditors and against Itronics in the aggregate principal amount of $99,759.06.

On April 12, 2023, Itronics served Judgment Creditors with its *Answer to Judgment Creditors' First Set of Interrogatories to Itronics Inc. in Aid of Execution of Judgment*, a copy of which is attached as Exhibit "1." In its Answer to Interrogatory No. 16, Itronics identified that it owns 100% of the stock in Whitney & Whitney, Inc., a Nevada corporation. Id. p. 8. Itronics also identified that it owns 100% of the stock in Itronics Metallurgical, Inc., a Nevada corporation. Id. Itronics also identified that it owns a 92.5% partnership interest in Nevada Hydrometallurgical Project, a Nevada general partnership. Id. pp. 8-9. Itronics also identified that it owns a 36.577% limited partnership interest in American Gold & Silver Limited, a Nevada limited partnership. Id. p. 9.

No payments have been made in satisfaction of this judgment as of this filing. As of March 29, 2023, the total outstanding balance was $108,915.05 [ECF No. 75].

## II. ARGUMENT

In Nevada, a Charging Order is a remedy by which a judgment creditor may satisfy a judgment out of stockholder's interest in a closely held corporation [NRS 78.746], a membership interest in a limited liability company [NRS 86.401], a partnership interest in a general partnership [NRS 87.4342], and a limited partnership interest in a limited partnership [NRS 88.535]. The applicable statutes each provide that a charging order may be entered to charge the ownership interest of a judgment debtor in a fictional business entity.

The Charging Order is a remedy by which a judgment creditor of a member can seek satisfaction by petitioning a court to charge the member's interest with the amount of the judgment. Weddell v. H2O, Inc., 128 Nev.Adv.Op.No. 9, 271 P.3d 743, 749 (2012). After entry of the Charging Order, the judgment debtor limited liability member no longer has the right to future LLC distributions. Weddell at 750. The Charging Order directs a limited liability company to make distributions to the creditor that it would have made to the member. Id.

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

In this case, Judgment Debtor Itronics has informed Judgment Creditors that it owns interests in (1) Whitney & Whitney, Inc., (2) Itronics Metallurgical, Inc., (3) Nevada Hydrometallurgical Project, and (4) American Gold & Silver Limited, each of which Judgment Creditors understand to be operating businesses. Charging Orders are appropriate to assist Judgment Creditors in satisfying the Judgment out of Itronics' interest and financial rights in each of these entities. Judgment Creditors are entitled to a Charging Order against Itronics' ownership interests in interests in (1) Whitney & Whitney, Inc., (2) Itronics Metallurgical, Inc., (3) Nevada Hydrometallurgical Project, and (4) American Gold & Silver Limited.

### III. CONCLUSION

For these reasons, Judgment Creditors HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMM, LLC requests that this Court issue Charging Orders in their favor and against the chargeable interests of the Judgment Debtor ITRONICS, INC. (1) Whitney & Whitney, Inc., (2) Itronics Metallurgical, Inc., (3) Nevada Hydrometallurgical Project, and (4) American Gold & Silver Limited.

DATED this 2 day of May, 2023.

GUNDERSON LAW FIRM

/s/ Austin K. Sweet

Austin K. Sweet, Esq.
Nevada State Bar No. 11725
*Attorney for Harry Gingold, Monique Gingold, and Nahal Kedumm*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-3-

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the __2__ day of May, 2023 I deposited for mailing in Reno, Nevada a true and correct copy of the **JUDGMENT CREDITOR'S MOTION FOR CHARGING ORDER** to the following:

Dane A. Littlefield, Esq.
LEMMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
dal@lge.net
*Attorney for Harry Gingold, Monique Gingold, and Nahal Kedumm*

W. Chris Wicker, Esq.
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
cwicker@woodburnandwedge.com
*Attorneys for Itronics, Inc. and John W. Whitney*

_____
Kelly Gunderson

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

# EXHIBIT LIST

| Exhibit # | Description | Pages |
|---|---|---|
| Exhibit "1" | Answer to Judgment Creditors' First Set of Interrogatories to Itronics Inc. in Aid of Execution of Judgment | 14 |