# Exhibit "1"

# Exhibit "1"

**DISCOVERY**
W. Chris Wicker, Esq.
Nevada Bar 1037
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000 | Fax: 775-688-3088
Email: wwicker@woodburnandwedge.com
*Attorneys for Itronics Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMIM, LLC, their successors and their assignees, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>ITRONICS INC., its successors and its assignees,<br><br>Defendants. | Case No. 3:19-cv-00532 |

**ANSWER TO JUDGMENT CREDITORS' FIRST SET OF INTERROGATORIES TO ITRONICS INC. IN AID OF EXECUTION OF JUDGMENT**

ITRONICS INC., ("Itronics") by and through its counsel, Woodburn and Wedge, hereby answers to Judgment Creditors HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMM, LLS's First Set of Interrogatories as follows:

**INTERROGATORY NO. 1:**

Identify the name, address, and position of all Persons who assisted in preparation of responses to these Interrogatories, including each person's name, address, telephone number and relationship to You. If any or all Persons assisting in the preparation hereof assisted with respect to all of the Interrogatories, then state the fact. Otherwise, identify the specific Interrogatory No. that each Person assisted in the response of.

**ANSWER TO INTERROGATORY NO. 1:**

Michael Horsley

-1-

Controller
6490 So. McCarran Blvd, Ste 23
Reno, NV 89509
(775) 689-7696

Mr. Horsley assisted in the preparation of the answers to all the Interrogatories.

**INTERROGATORY NO. 2:**

Identify Your employer identification number.

**ANSWER TO INTERROGATORY NO. 2:**

Employer ID No. is 75-2198369

**INTERROGATORY NO. 3:**

Describe, in as much detail as possible, each foreign or domestic bank account or investment You hold or have held since January 1, 2010, including:

    (A)    The name of the bank or other financial institution where the account was held;

    (B)    The address of the bank or other financial institution where the account was held;

    (C)    The Telephone number of the bank or other financial institution where the account was held;

    (D)    The type of account (e.g. checking, savings, investment, ect.)

    (E)    The date on which the account was opened;

    (F)    The date on which the account was closed;

    (G)    The account number; and

    (H)    The name used on the account.

**ANSWER TO INTERROGATORY NO. 3:**

Bank account:

(A) Bank of America, NA

(B) 5905 So. Virginia
Reno, NV 89502

(C) (800) 432-1000

    (D) Checking

    (E) Unknown-prior to 2010

    (F) N/A

    (G) 000323133189

    (H) Itronics Inc.

**INTERROGATORY NO. 4:**

    Describe, in as much detail as possible, each payment of money made to You since January 1, 2010, including:

    (A)    The name of the individual, company, employer, or entity that made the payment;

    (B)    The address of the individual, company, employer, or entity that made the payment;

    (C)    The telephone number of the individual, company, employer, or entity that made the payment;

    (D)    The amount of the payment;

    (E)    The date on which the payment was made;

    (F)    The reason the payment was made; and

    (G)    The value of the consideration You provided in exchange for the payment.

**ANSWER TO INTERROGATORY NO. 4:**

    Itronics objects to the requested discovery. Pursuant to NRCP 26(b)(1) the request is not within the scope of allowed discovery because the requested time frame of going back thirteen years will not produce usable information.

    Itronics is willing to produce the requested document or information for 2022 to current. See document no. ITRO 000157, listing all deposits to the bank account from January 1, 2022, to April 5, 2023.

**INTERROGATORY NO. 5:**

    Identify all current accounts receivable due to You by stating, among other things, the name, address, and amount due on each receivable.

**ANSWER TO INTERROGATORY NO. 5:**

None.

**INTERROGATORY NO. 6:**

Describe, in as much detail as possible, all real property in which You hold, or have held since January 1, 2010, any legal or beneficial interest, including:

    (A)    The address of the property, including city, county, and state;

    (B)    The owner or owners of the property;

    (C)    The use to which the property is or was being utilized;

    (D)    The amount of income derived from Your interest in the property; and

    (E)    The value of Your interest in the property or, if You no longer hold any interest in the property, the value of Your interest in the property on the day your interest terminated.

**ANSWER TO INTERROGATORY NO. 6:**

None.

**INTERROGATORY NO. 7:**

Describe, in as much detail as possible, all real property which You sold, conveyed, or encumbered since January 1, 2010, any legal or beneficial interest, including:

    (A)    The address of the property, including city, county, and state;

    (B)    The person(s) to whom Your interest was sold, conveyed, or encumbered;

    (C)    The amount and type of compensation You received for Your interest; and

    (D)    The disposition of any proceeds You received for Your interest.

**ANSWER TO INTERROGATORY NO. 7:**

None.

**INTERROGATORY NO. 8:**

Identify any and all physical assets You have owned since January 1, 2010, until the present by stating, including but not limited to, their present location, if any asset is subject to a lien, the name and address of the lien-holder, the amount due on the lien, when the asset was

acquired, when You ceased having an ownership interest in the asset, and why You ceased having an ownership interest in the asset

**ANSWER TO INTERROGATORY NO. 8:**

      Itronics objects to the requested discovery. Pursuant to NRCP 26(b)(1) the request is not within the scope of allowed discovery because the requested time frame of going back thirteen years will not produce usable information. Itronics is willing to produce the requested documents or information for the last five years.

      None.

**INTERROGATORY NO. 9:**

      Identify all transfers of Your assets, including real property, personal property, and intangibles, with a value in excess of $500.00 that have occurred since January 1, 2010, by stating, among other things:

    (A)    the nature of the asset;

    (B)    when you acquired the asset;

    (C)    the date of transfer;

    (D)    name and address of the person to whom the asset was transferred;

    (E)    the consideration paid for the asset and the form in which it was paid (check, cash, etc.); and

    (E)    explain in detail the disposition of the proceeds received for the asset

**ANSWER TO INTERROGATORY NO. 9:**

      None.

**INTERROGATORY NO. 10:**

      Identify each automobile/vehicle You have owned or leased since January 1, 2010, by stating:

    (A)    The vehicle's make, model, and year;

    (B)    The vehicle's license plate number;

    (C)    When you purchases/leased it;

(D) The amount for which You purchased/leased it;

(E) Whether You currently own the vehicle;

(F) If you do not own the vehicle, when You sold the vehicle;

(G) The amount for which You sold the vehicle; and

(H) To whom You sold the vehicle.

**ANSWER TO INTERROGATORY NO. 10:**

None.

**INTERROGATORY NO. 11:**

Identify all boats and/or any type of watercraft owned by You since January 1, 2010, to the present by stating the following for each: (a) make, model and year of the boat and/or watercraft; (b) the address of where such boat and/or watercraft is or was last located; (c) if there is a lien on the boat and/or watercraft, state the name and address of the lien-holder and the amount due to lien-holder; (d) when the watercraft was acquired; (e) when Your ownership in the watercraft ceased; and (e) why Your ownership in the watercraft ceased.

**ANSWER TO INTERROGATORY NO. 11:**

None.

**INTERROGATORY NO. 12:**

Identify all equipment or machinery owned by You since January 1, 2010, to the present by stating the following for each such piece of equipment owned: (a) make, model, and year of the equipment; (b) the location of the equipment; (c) if there is a lien on the equipment, state the name and address of the lien-holder and the amount due to the lien-holder; (d) serial number or vehicle identification number; (e) when You acquired Your ownership interest in the equipment or machinery; and (f) when Your ownership interest ceased; and (g) why Your ownership interest ceased.

: : :

: : :

: : :

**ANSWER TO INTERROGATORY NO. 12:**

Itronics objects to the requested discovery. Pursuant to NRCP 26(b)(1) the request is not within the scope of allowed discovery because the requested time frame of going back thirteen years will not produce usable information. Itronics is willing to produce the requested documents or information for the last five years.

None.

**INTERROGATORY NO. 13:**

Identify Your monthly expenses in detail beginning January 1, 2010, until the present by stating each obligation, amount, and when that obligation was typically due each month.

**ANSWER TO INTERROGATORY NO. 13:**

Itronics objects to the requested discovery. Pursuant to NRCP 26(b)(1) the request is not within the scope of allowed discovery because the requested time frame of going back thirteen years will not produce usable information.

Itronics is willing to produce the requested document or information for 2022 to current. See document no. ITRO 000157 listing the Quarterly expenses for the period January 2022 to March 2023. Various accrual entries are completed through December 31, 2022.

**INTERROGATORY NO. 14:**

Describe in detail the sources of funds or money You used to pay Your monthly expenses beginning in 2010 until the present.

**ANSWER TO INTERROGATORY NO. 14:**

See answer to No. 4.

**INTERROGATORY NO. 15:**

Identify every person or entity that owes You money or have owed You money since January 1, 2010, by stating the person's or entity's name, the amount owed, the last payment made, and why that person or entity owes You money.

**ANSWER TO INTERROGATORY NO. 15:**

None.

**INTERROGATORY NO. 16:**

Identify all ownership interests You have in any business since January 1, 2010, to the present by stating, among other things, the following: (a) name and address of the business; (b) whether the business is a corporation, sole proprietorship, limited liability company, a partnership, etc.; (c) the name, address, and title of all stockholders, officers, and/or partners; (d) the amount of income received by You from the business during the last thirty-six months; (e) when You acquired Your interest; (f) when Your ownership interest ceased; and (g) why Your interest ceased.

**ANSWER TO INTERROGATORY NO. 16:**

1. (A) Whitney & Whitney, Inc.
    6490 So. McCarran Blvd, Ste 23
    Reno, NV 89509

    (B) Corporation

    (C) wholly owned by Itronics Inc. John W Whitney is President, Secretary and Treasurer.

    (D) None

    (E) Prior to 2010

    (F) N/A

    (G) N/A

2. (A) Itronics Metallurgical, Inc.
    6490 So McCarran Blvd, Ste 23
    Reno, NV 89509

    (B) Corporation

    (C) Wholly owned by Itronics Inc. John W Whitney is President, Secretary and Treasurer

    (D) None

    (E) Prior to 2010

    (F) N/A

    (G) N/A

3. (A) Nevada Hydrometallurgical Project
    6490 So. McCarran Blvd, Ste 23
    Reno, NV 89509

-8-

1   (B) Partnership

2   (C) Itronics own 92.5%; other partners are Nevada Metallurgical Company and JRW Co.

3   (D) None

4   (E) Prior to 2010

5   (F) N/A

6   (G) N/A

7 4. (A) American Gold & Silver Limited
       6490 So McCarran Blvd, Ste 23
8       Reno, NV 89509

9   (B) Limited partnership

10   (C) Itronics is a limited partner with 36.577% ownership; Whitney & Whitney, Inc. is the general partner; numerous individuals are limited partners.

12   (D) None

13   (E) Prior to 2010

14   (F) N/A

15   (G) N/A

16 **INTERROGATORY NO. 17:**

17     Identify all pending jobs, executed contracts, executed subcontracts, or any pending bids that have been submitted by You for any work of any kind, stating the project name and address of each job or bid, and the value/amount of each contract, subcontract, or bid.

20 **ANSWER TO INTERROGATORY NO. 17:**

21     None.

22 **INTERROGATORY NO. 18:**

23     Identify all judgments or liens that have been entered against You since January 1, 2010, by stating, among other things: (a) the creditor's name; (b) creditor's attorney; (c) amount due; (d) name of court; and (e) docket number or case number.

26 **ANSWER TO INTERROGATORY NO. 18:**

27     1. Harry Gingold et al. -the subject of this interrogatory.

28

2. (A) AJW Partners LLC et al

   (B) Olshan Grundman Frome Rosenzweig & Wolosky LLP

      Thomas J Fleming

   (C) $7,633,316; The original Notes and security agreements provided that all assets of Itronics Inc. and Subsidiaries are collateral for the loans.

   (D) Supreme Court of the State of New York

   (E) 602987/2008

**INTERROGATORY NO. 19:**

Identify all litigation in which You are presently involved by stating, among other things: (a) date litigation commenced; (b) name of party who commenced the litigation; (c) nature of the actions; (d) names of all parties and the names, addresses and telephone numbers of their attorneys; (e) trial date; (f) status of case; and (g) name of the court and docket number.

**ANSWER TO INTERROGATORY NO. 19:**

None, other than the Gingold case.

**INTERROGATORY NO. 20:**

Identify each and every accountant(s), financial advisor(s), and/or lawyer(s) You have retained or consulted since January 1, 2010, by stating, among other things: (a) the name; (b) the address; (c) the email address of each person; (d) the phone number of each person; and (e) and the reason for Your retention and/or consultation with each person.

**ANSWER TO INTERROGATORY NO. 20:**

Itronics objects to the requested discovery. Pursuant to NRCP 26(b)(1) the request is not within the scope of allowed discovery because the requested time frame of going back thirteen years will not produce usable information. Itronics is willing to produce the requested documents or information for the last five years.

Legal counsel

1. Woodburn and Wedge
   Chris Wicker

     6100 Neil Road, Suite 500  
     Reno, NV 89505  
     (775) 688-3000  
     WWicker@woodburnandwedge.com  
     General corporate counsel-engaged prior to 2010

2. David Adkins  
    611 Sierra Rose Dr, Ste B  
    Reno, NV 89511  
    Engaged November 2016 to November 2019  
    Prepared Rule 144 documents

3. Securities Counselors, Inc.  
    401 Lake Cook Road  
    Deerfield, IL 60015  
    Engaged in March 2021

    Assisted in planning for completing the audits and filing a Reg A registration in order to get Itronics' stock trading again. Work is on hold until funds can be obtained to move forward with the audit.

Accountants

1. Daskal Bolton LLP  
   Scott Walters  
   490 Sawgrass Corporate Pkwy, Suite 200  
   Sunrise, FL 33325  
   (561) 886-5287  
   swalters@dbllp.com

    Originally engaged in June 2021 to perform annual audits for the 2019/2020 period. Due to lack of funds, field work on the audits has not begun. In February 2023 the auditors disengaged as required due to the length of time with no progress. Mr. Walters will consider reengaging at such time as Itronics is able to continue with the audits.

**INTERROGATORY NO. 21:**

    Identify all insurance policies held by You and all documents showing payments for the premiums thereof.

**ANSWER TO INTERROGATORY NO. 21:**

    None.

: : :

-11-

**INTERROGATORY NO. 22:**

Identify each company You use to facilitate your processing of credit cards for payment to You including a credit card processing company and each account in which credit card funds settle.

**ANSWER TO INTERROGATORY NO. 22:**

N/A.

## Affirmation pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the personal information of any person.

DATED: this 12 day of April, 2023.

WOODBURN AND WEDGE

By_____ #16011
W. Chris Wicker, Esq. [NV Bar # 1037]
Attorneys for Itronics

## VERIFICATION

I, Michael Horsley, declare under the penalty of perjury under the law of the State of Nevada that I am an officer of Itronics Inc.. I have read the foregoing Answer to Judgment Creditors' First Set of Interrogatories to Itronics Inc. in Aid of Execution of Judgment. I know the contents thereof and that the same is true of my own knowledge, except as to those matters therein stated upon information and belief, and as to such matters, I believe them to be true and correct.

ITRONICS INC.

By: *[signature]*
Name: Michael Horsley
Its: Controller

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Woodburn and Wedge and that on this date, I caused to be sent via CM/ECF electronic service, unless otherwise indicated, a true and correct copy of the **ANSWER TO JUDGMENT CREDITORS' FIRST SET OF INTERROGATORIES TO ITRONICS INC., IN AID OF EXECUTION OF JUDGMENT** to:

GUNDESON LAW FIRM
Austin K. Sweet, Esq.
3895 Warren Way
Reno, NV 89509
asweet@gundersonlaw.com

DATED this 12th day of April, 2023.

By: _____
An Employee of Woodburn and Wedge

-14-