Dane A. Littlefield, Esq., NSB #14080
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868
dal@lge.net
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMIM, LLC, their successors and their assignees, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>ITRONICS INC., its successors and its assignees; and JOHN W. WHITNEY, individually,<br><br>Defendants. | Case No: 3:19-cv-00532-MMD-CLB<br><br>**ORDER GRANTING MOTION/ NOTICE OF DISASSOCIATION OF COUNSEL – LEMONS, GRUNDY & EISENBERG** |

TO :   ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that Dane A. Littlefield, Esq., and the law firm of LEMONS, GRUNDY & EISENBERG, hereby disassociate as counsel for Plaintiffs, HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMIM, LLC, their successors and their assignees.

Plaintiffs HARRY GINGOLD, MONIQUE GINGOLD, NAHAL KEDUMIM, LLC continue to be represented by Austin K. Sweet, Esq., of GUNDERSON LAW FIRM.

Accordingly, Dane A. Littlefield, Esq., and the law firm of LEMONS, GRUNDY & EISENBERG request that all further notices and pleadings remove Mr. Littlefield and instead be directed to Plaintiffs' attorney of record, Austin K. Sweet, Esq. of GUNDERSON LAW FIRM. It is

/ / /

/ / /

/ / /

/ / /

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 69519-6069
(775) 786-6868

1

further requested that the Clerk of the Court remove Mr. Littlefield from e-service lists and e-filing notifications.

Dated: May 3rd, 2024.

Lemons, Grundy & Eisenberg

By: /s/ Dane A. Littlefield
Dane A. Littlefield, Esq.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**DATED:** May 6, 2024

_____
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868